

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00458-CV

Axelle Francine **PARKER**,
Appellant

v.

William A. **PARKER** II,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI15237
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
           Patricia O. Alvarez, Justice
           Liza A. Rodriguez, Justice

Delivered and Filed: January 20, 2021

DISMISSED FOR WANT OF PROSECUTION

The trial court clerk in this appeal filed a notification of late clerk's record, stating that the appellant had failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellant was not entitled to appeal without paying the fee. We therefore ordered appellant to provide written proof to this court on or before January 4, 2021 that either (1) the clerk's fee for preparing the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant was entitled to appeal without paying the clerk's fee. We explained in our order that if appellant failed to respond within the time provided, this appeal would be

dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal for want of prosecution if clerk's record is not filed due to appellant's fault); *see also id.* 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

Appellant failed to response to our order. We therefore dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(c).

PER CURIAM